# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

**RODNEY USHERY**
    **Plaintiff,**

-vs-                                                                                                     **Case No. C-1-03-933**

**MICHAEL SHEETS**
    **Defendant,**

## JUDGMENT IN A CIVIL CASE

    **Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that the Report and Recommendation of the Magistrate dated February 2, 2006 is ADOPTED Plaintiff's Petition for Writ of Habeas Corpus (doc. 1) is DENIED WITH PREJUDICE. A certificate of appealability should not issue. An appeal of this matter would not be taken in good faith, and therefore Deny petitioner leave to appeal in forma pauperis. This case is DISMISSED and TERMINATED on the docket of this Court.

Date: August 24, 2006                                                        JAMES BONINI, CLERK

                                                                                                By:s/   Paul Hennessey
                                                                                                 Paul Hennessey, Deputy Clerk